RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/12/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| FRANCIS R. TRAHAN<br>La. DOC #517980 | CIVIL ACTION NO. 6:10-cv-1535 |
| VERSUS | JUDGE HAIK |
| WARDEN LYNN COOPER | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Francis R. Trahan's petition for *habeas corpus* is **DISMISSED WITH PREJUDICE** because the petitioner's claims are procedurally defaulted; and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the petitioner's motion for the production of documents (Rec. Doc. 4) is **DENIED** as moot.

Lafayette, Louisiana, this 11th day of April, 2011.

_____
Richard T. Haik
United States District Judge